Tanangela Anderson
vs.
Memphis Housing Authority
et al    16-2652

02/03/2018

To whom may it concern to;

My name is Tanangela Anderson. I'm writing this letter to inform Judge Thomas Anderson court room that I have n found an attorney. I have spoken to potential attorneys that would like to look at my case. Please contact me on what will take place next on my behalf. Once I have hired a new counsel I will still call to notify the court.


Thank You,


## My number is 901)219-6574


RECEIVED BY

FEB 1 2 2018

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson